UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STEVE NEWLAND and CATHY NEWLAND, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:15-CV-309-PLR-HBG |
| ) | |
| MORGAN STANLEY PRIVATE BANK, NA, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiffs' Motion for Approval for Access to this Court's CM/ECF System [Doc. 21]. Plaintiffs, who are proceeding *pro se*, move the Court to permit Plaintiff Steve Newland to use CM/ECF in this case.

Rule 5 of the ECF Filing Rules and Procedures of this Court provides that "[a] party to an action who is not represented by an attorney may, with the Court's permission, register as a Filing User solely for purposes of that action."[1]

The Court finds the instant motion is well-taken, and therefore it **[Doc. 21]** is **GRANTED**. Plaintiff Steve Newland shall be allowed to access the CM/ECF system, subject to the same terms and conditions that apply to other users. If he has not done so already, Mr. Newland shall complete the online registration form available at: http://www.tned.uscourts.gov/ecfreg/RegistrationForm.html.

---

[1] Electronic Case Filing Rules and Procedures of the United States District Court for the Eastern District of Tennessee, available at http://www.tned.uscourts.gov/docs/ecf_rules_procedures.pdf.

However, Mr. Newland is reminded that he is not licensed to practice law. Therefore, he may only litigate on his own behalf. He may not sign documents or present arguments on Ms. Newland's behalf. Ms. Newland must litigate her own claims.

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge