# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| STEVE AND CATHY NEWLAND, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:15-CV-00309 |
| | ) REEVES/GUYTON |
| WELLS FARGO BANK, N.A., | ) |
| PHH MORTGAGE CORP., and | ) |
| SKYE REALTY AND RENTALS, INC., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This matter is before the court on the motion filed by Morgan Stanley Private Bank, N.A.; FV-1, Inc.; Specialized Loan Servicing, LLC; Specialized Asset Management, LLC; Morgan Stanley Mortgage Capital Holdings, LLC; and Saxon Mortgage Services, Inc., for entry of a final judgment dismissing defendants from this action. In support of the motion, defendants state that by order entered February 13, 2018 [R. 86], the court granted the defendants' motions for summary judgment and dismissed them as defendants in this case. The case remains pending against the named defendants.

Federal Rule of Civil Procedure 54(b) allows entry of a final judgment against one or more, but fewer than all, claims or parties if the court determines that there is no just reason for delay. No opposition to the motion has been received, and the court agrees with

defendants that there is no just reason for delay in the entry of a final order as to these defendants. Accordingly, defendants' motion [R. 89] is **GRANTED.**

**ORDER TO FOLLOW.**

_____
**UNITED STATES DISTRICT JUDGE**